

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00423-CV

Blanca J. **COLUNGA**,
Appellant

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2019CV07308
Honorable David J. Rodriguez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's "Order Granting Motion to Strike James Mazuca's Expert Witness Designation and Exclude Plaintiff's Claim for Attorney's Fees" dated February 28, 2022 is REVERSED, and the case is REMANDED to the trial court for a determination on attorney's fees.

We ORDER appellant Blanca J. Colunga shall recover her costs incurred in this court from appellee State Farm Mutual Automobile Insurance Company.

SIGNED June 26, 2024.

Luz Elena D. Chapa, Justice